United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

           Plaintiff,

    v.

ROSE PEREZ,

           Defendant.

Case No.  3:17-cr-00552-CRB-1

**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY**

The defendant is ordered released from the custody of the United States Marshal based on a sentence of time served.

    **IT IS SO ORDERED.**

Dated: July 1, 2026

_____
CHARLES R. BREYER
United States District Judge

*Rev. 08-2023*