**Brian Berson**
CBN 130249
1000 Brannan St.
#488
San Francisco, CA 94103
415-788-2707

Attorney for: ROSE PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | )CR17-552-CRB | |
| | ) | |
| Plaintiff, | )**[PROPOSED] ORDER** | |
| | )**OF RELEASE FROM** | |
| | )**CUSTODY** | |
| vs. | ) | |
| | ) | |
| ROSE PEREZ | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

_____

Defendant Perez, having been ordered to attend and complete the New Bridge Foundation Residential Treatment program as a condition of her sentence to one year of Supervised Release ordered on July 1, 2026, is ordered to be released on July 3, 2026 at 10:00 a.m., at which time she is to proceed to the program as soon as transport arrives.

SO ORDERED

Dated:  ___July 2, 2026___                    _____
                                             HONORABLE CHARLES R BREYER
                                             UNITED STATES DISTRICT
                                             COURT JUDGE